# In the United States Court of Federal Claims

No. 13-434 C

(Filed August 20, 2013)

* * * * * * * * * * * * * * * * * * * *

U.S. HOME CORPORATION,     *
BEECHWOOD AT EDISON, LLC,  *
BEECHWOOD SHOPPING       *
CENTER, LLC,                   *
                               *
         *Plaintiffs*,      *
                               *
      v.                   *
                               *
THE UNITED STATES,         *
                               *
        *Defendant*.      *

* * * * * * * * * * * * * * * * * * * *

## ORDER

On June 28, 2013, plaintiffs filed a complaint in this matter.  At that time the Clerk's Office notified the parties, via a docket entry, that plaintiffs' counsel, Andrew Ullrich, Esq., was not a member of the court's bar and therefore cannot practice before the United States Court of Federal Claims.  Admission to the court's bar is required by the rules of the court and must be perfected before an attorney may obtain an Electronic Case Filing (ECF) account to allow for electronic filing of court documents, pursuant to Rule 83.1(a) of the Rules of the United States Court of Federal Claims (RCFC).  As set forth in the rules, on June 28, 2013, the Clerk's Office designated this case as an electronic case under the ECF system.  In order to proceed efficiently in this case, plaintiffs' attorney should perfect his admission to this court.  Attorney admissions instructions and forms are on the court's website: www.uscfc.uscourts.gov.   For additional assistance, please contact the court's admissions clerk, Harold Wymbs, at (202)357-6429.

Accordingly, it is hereby **ORDERED** that

(1)     The attorney admission process shall be **COMPLETED** by **September 13, 2013**; and

(2)     The Clerk's Office is directed to **SERVE** a copy of this order, via regular mail, to

       Andrew Ullrich, Esq.,
       Weingarten Law Firm LLC
       1260 Stelton Road
       Piscataway, NJ  08854

                /s/Lynn J. Bush
                LYNN J. BUSH
                Judge